IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON MAIDEN HOLDINGS LIMITED,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BABAITE RC26 STORE, et al.,<br><br>　　　　　　　Defendants. | Case No. 24-cv-08635<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Jeffrey Cole** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Iron Maiden Holdings Limited hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| Yukii's Shop | 13 |
| DESIGNFULLPRINT | 28 |
| EMMAXTEE | 31 |

Dated this 25th day of October 2024.　　　　Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Iron Maiden Holdings Limited*

1