FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON MAIDEN HOLDINGS LIMITED,<br><br>                            Plaintiff,<br>    v.<br><br>BABAITE RC26 STORE, et al.,<br><br>                            Defendants. | Case No. 24-cv-08635<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Iron Maiden Holdings Limited hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendant:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| DAYMIRA | 27 |

Dated this 30th day of October 2024.      Respectfully submitted,

                                                /s/ Martin F. Trainor
                                                Martin F. Trainor
                                                Sydney Fenton
                                                Alexander Whang
                                                TME Law, P.C.
                                                10 S. Riverside Plaza
                                                Suite 875
                                                Chicago, Illinois 60606
                                                708.475.1127
                                                martin@tme-law.com
                                                sydney@tme-law.com
                                                alexander@tme-law.com

                                                *Counsel for Plaintiff Iron Maiden Holdings Limited*