IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON MAIDEN HOLDINGS LIMITED,<br><br>                Plaintiff,<br>v.<br><br>BABAITE RC26 STORE, et al.,<br><br>                Defendants. | Case No. 24-cv-08635<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Jeffrey Cole** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Iron Maiden Holdings Limited hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| Amour Custom Gifts | 19 |
| Funny Ugly Christmas Sweater | 36 |
| merchgears | 49 |

Dated this 1st day of November 2024.    Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Iron Maiden Holdings Limited*

1